```
JAMES J. BERGMANN #220447
Law Office of James J. Bergmann
631 5th Street, Suite 201
Santa Rosa, CA 95404
Tel: (707)827-1975
Fax: (707)827-1979
james@consumerlawoffice.net
```

Attorney for Plaintiff SHIU P. LEE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA/SAN JOSE DIVISION

| | |
|---|---|
| SHIU P. LEE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CIR LAW OFFICES;<br>UNIFUND CCR PARTNERS;<br>and DOES 1 through 30, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV 11-01570-SC<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

　　　Plaintiff Shiu P. Lee, on the one hand, and Defendants CIR Law Offices and Unifund CCR Partners, on the other, by and through their counsel of record, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to FRCP 41 (a)(1). This stipulation is based on the parties' written agreement that has resolved this action in its entirety.

　　　It is further stipulated and agreed that each of the parties to this stipulation shall bear his/its own costs and attorney fees incurred in connection with this action.

//

DATED: March __13__, 2012        Law Office of James J. Bergmann

                                 By: /s/ James J. Bergmann
                                     James J. Bergmann
                                     Attorney for Plaintiff, Shiu P. Lee

DATED: March __12__, 2012        Simmonds & Narita LLP

                                 By: /s/ Tomio B. Narita
                                     Tomio B. Narita
                                     Attorneys for Defendants, CIR Law
                                     Offices and Unifund CCR Partners

## ORDER

Good cause appearing, and pursuant to the foregoing stipulation of the parties, IT IS ORDERED that the above-captioned action be, and hereby is, dismissed with prejudice, each party to bear its own costs.

DATED: _____3/13_____, 2012    _____
                                      HON. SA...
                                      Senior Un...

[Stamp: IT IS SO ORDERED, Judge Samuel Conti, United States District Court, Northern District of California]